LUCIANO VARGAS PADILLA
VS.

THE STATE OF TEXAS

NO: 01-13-00969-CR

PD-0193-15

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TX.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

LUCIANO VARGAS PADILLA
V.
THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

FROM APPEAL NO. 01-13-00969-CR

TRIAL CAUSE NO. 69079

BRAZORIA COUNTY

FIRST MOTION FOR EXTENSION OF TIME TO FILE

PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, LUCIANO VARGAS PADILLA, PETITIONER, AND FILES THIS MOTION FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION, APPELLANT SHOWS THE COURT THE FOLLOWING:

I.

THE PETITIONER WAS CONVICTED IN THE 149th DISTRICT COURT OF BRAZORIA COUNTY, TEXAS OF THE OFFENSE OF ILLEGAL BARTER/EXPENDITURE OF PROPERTY FINANCE IN CAUSE NO. 69079, STYLED STATE OF TEXAS VS. LUCIANO VARGAS PADILLA. THE PETITIONER APPEALED TO THE COURT OF APPEALS. 14th COURT OF APPEALS OF HOUSTON 1 TX SUPREME JUDICIAL DISTRICT. THE CASE WAS AFFIRMED ON FEB. 3, 2015

## II.

THE PRESENT DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IS 03/03/2015. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

## III.

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL 02/09/2015. SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON THE APPEAL, KYLE VERRET, HAS INFORMED PETITIONER THAT HE WILL NOT REPRESENT HIM ON THE PETITION FOR DISCRETIONARY REVIEW.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW ON CASE NO. 01-13-00969-CR TO 04/03/2015.

LUCIANO VARGAS PADILLA
PETITIONER, PRO SE
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
LARRY GIST UNIT
TDCJ-ID # 1892209
BEAUMONT, TX. 77705

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, FIRST CLASS, TO THE ATTORNEY FOR STATE, BRIAN HRACH, AT BRAZORIA COUNTY, TX., AND TO THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, AUSTIN, TX 78711 ON THIS THE 10th DAY OF FEBRUARY, 2015.

Luciano Padilla V
PETITIONER, PRO SE.

I, __LUCIANO VARGAS PADILLA__ , TDCJ # __0182209__ , BEING PRESENTLY INCARCERATED IN THE __LARRY GIST__ UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN __JEFFERSON__ COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE __10th__ DAY OF __FEBRUARY__ , 20 __15__ .

__Luciano Padilla v__
__Luciano Padilla v__

_____ , TDCJ #
__1892209__ .